IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **MITCHELL L. COPELAND and TERRY POTTS f/k/a TERRY POTTS COPELAND** | **PLAINTIFFS** |
| v. | Civil No. 1:16cv159-HSO-JCG |
| **EMC MORTGAGE LLC f/d/b/a EMC MORTGAGE CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; JPMORGAN CHASE & COMPANY; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP HOLDINGS, INC.; SELECT PORTFOLIO SERVICING, INC.; U.S. BANK NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; ERIC GREGORE; JOHN DOES 1-20 and ABC CORPORATIONS 1-20** | **DEFENDANTS** |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MERSCORP HOLDINGS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SELECT PORTFOLIO SERVICING, INC., U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE AND SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION

Plaintiffs Mitchell L. Copeland and Terry Potts and Defendants Merscorp Holdings, Inc., Mortgage Electronic Registration Systems, Inc., Select Portfolio Servicing, Inc., U.S. Bank National Association, and U.S. Bank, National Association, as successor to Bank of America, National Association, as trustee and successor by merger to LaSalle Bank National Association, have announced to the Court a settlement of their claims.  The Court, being advised that these parties

have an informed understanding of their rights and the consequences of settlement, desires that these claims be dismissed. These parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter to enforce the settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims asserted by Plaintiffs Mitchell Copeland and Terry Potts in this case against Defendants Merscorp Holdings, Inc., Mortgage Electronic Registration Systems, Inc., Select Portfolio Servicing, Inc., U.S. Bank National Association, and U.S. Bank, National Association, as successor to Bank of America, National Association, as trustee and successor by merger to LaSalle Bank National Association are **DISMISSED WITH PREJUDICE**.

All counterclaims brought by these Defendants against Plaintiffs are also **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Court hereby specifically retains jurisdiction to enforce the settlement agreement between these parties.

**SO ORDERED AND ADJUDGED**, this the 21st day of September, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE